Justices SAYLOR, EAKIN and BAER, TODD, McCAFFERY and Justice GREENSPAN join the opinion.

Sara Zalewski CREE, Appellant

v.

WEST PENN ALLEGHENY HEALTH SYSTEM, INC., Forbes Regional Hospital, Almar Radiologists, Inc., and Maureen M. Bidula, M.D., Appellees.

Supreme Court of Pennsylvania.

Argued March 2, 2009.

Decided March 18, 2009.

Edward A. Shenderovich, Esq., Shenderovich, Shenderovich & Fishman, P.C., Pittsburgh, for Sara Zalewski Cree, appellant.

Templeton Smith, Esq., Thomson, Rhodes & Cowie, P.C., Pittsburgh, for West Penn Allegheny Health System, Inc. and Forbes Regional Hosp., appellees.

James R. Hartline, Esq., Weber, Gallagher, Simpson, Stapleton, Fries & Newby, L.L.P., Pittsburgh, for Almar Radiologists, Inc., and Maureen M. Bidula, M.D., appellees.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, McCAFFERY and GREENSPAN, JJ.

### ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

12. Due to our resolution of the jurisdictional question, we will not address Riverlife's substantive claims, or the procedural claims of the Planning Commission and PITG in their Joint Application for Summary Relief, which allege that Riverlife lacked standing and had no right to appeal the Planning Commission's approval of a project development plan.